IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

WILLIAM D. DICKERSON                                        PETITIONER

v.                         CIVIL ACTION NO. 3:17-cv-779-DCB-LRA

WARDEN CHERON NASH                                          RESPONDENT

ORDER

Before the Court is Petitioner William D. Dickerson's Objection to Magistrate Judge Linda R. Anderson's Report and Recommendation ("R&R"). [ECF No. 26]. On March 5, 2020, Magistrate Judge Anderson filed her R&R. [ECF No. 23]. On March 27, 2020, this Court entered an Order Adopting the R&R and a Final Judgment was entered of even date herewith. Three days after the Final Judgment was entered, on March 30, 2020, the Petitioner filed his objection to the R&R.

Petitioner asserts that he received a copy of Magistrate Judge Anderson's R&R on March 12, 2020 and that he had until March 26, 2020, i.e., fourteen days after physically receiving the R&R, to file any objections. Petitioner claims that he mailed his objection on March 26, 2020. Pro se prisoners' filings are governed by the mailbox rule, thus they are deemed filed as of the date the petitioner deposits them in the prison mail system, not the date they were received by the district court clerk. See Cooper v. Brookshire, 70 F.3d 377, 379 (5th Cir. 1995). Accordingly, the petitioner's objection was timely

1

Court is satisfied that Magistrate Judge Anderson has undertaken an extensive examination of the issues in this case and has issued a thorough opinion which the Court has adopted.

Accordingly, Petitioner's objection is OVERRULED and the Court affirms its adoption of Magistrate Judge Anderson's Report and Recommendation and the Final Judgment entered on March 27, 2020.

SO ORDERED, this the 8th day of July, 2020.

   ___/s/ David Bramlette_____
   UNITED STATES DISTRICT JUDGE